IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TENNESSEE CLEAN WATER NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 2:14-cv-336 |
| U.S. DEPARTMENT OF DEFENSE, CHUCK HAGEL, in his official capacity as Secretary of the U.S. Department of Defense, and BAE SYSTEMS ORDNANCE SYSTEMS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for the Tennessee Clean Water Network, certify to the best of my knowledge and belief that my client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1*.

Respectfully submitted on this, the 17th day of November, 2014.

                                                s/Stephanie Durman Matheny
                                                Stephanie Durman Matheny (BPR#027783)
                                                Tennessee Clean Water Network
                                                P.O. Box 1521
                                                Knoxville, TN 37901
                                                Telephone: (865)522-7007 x 102
                                                stephanie@tcwn.org