IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

|  |  |
|---|---|
| TENNESSEE CLEAN WATER NETWORK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:14-cv-336<br>)<br>) Judge: Hon. R. Leon Jordan |
| U.S. DEPARTMENT OF DEFENSE, ASHTON CARTER,[1] in his official capacity as Secretary of the U.S. Department of Defense, and BAE SYSTEMS ORDNANCE SYSTEMS, INC., | ) Magistrate: Hon. Dennis H. Inman<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## SECOND JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1(a), Plaintiff Tennessee Clean Water Network ("TCWN"), Defendants U.S. Department of Defense and Ashton Carter in his official capacity as the Secretary of the U.S. Department of Defense ("Federal Defendants"), and Defendant BAE Systems Ordnance Systems, Inc. ("BAE Systems") jointly move to continue the existing stay of proceedings in this litigation for an additional period of 120 days, until Monday, September 28, 2015.

This action involves allegations arising out of BAE Systems' operation of the Holston Army Ammunition Plant in Kingsport, Tennessee that the Defendants have violated the Clean Water Act ("CWA"), 33 U.S.C. § 1365(a)(1). Specifically, Plaintiff alleges that Defendants

---

[1] Plaintiff originally brought this claim against Chuck Hagel, the former Secretary of the United States Department of Defense. Pursuant to Federal Rule of Civil Procedure 25(d), his successor, Ashton Carter, has automatically been substituted as a party.

have discharged pollutants in violation of permits applicable to Holston and have discharged pollutants without a permit. The Holston plant produces Research Department Explosive ("RDX"), a product used in the production of missiles and other weapons, which the Department of Defense considers essential to its mission.

The parties previously moved to stay proceedings in this litigation to allow the parties time to explore the possibility of a negotiated settlement, which the court granted. *See* Order, Feb. 20, 2015 (Page ID 105); Order, May, 19, 2015 (Page ID 112). The parties have now reached a tentative framework agreement to settle the litigation. As referenced in our previous motion, *see* Motion, May 15, 2015 (Page ID 106), the parties now require time to reduce the agreement to writing, to negotiate specific language, and to seek approval from the appropriate officials. Once this process is complete, the parties intend to move the court for approval of the settlement.

Accordingly, the parties respectfully request that the Court continue the stay of proceedings in this litigation for an additional period of 120 days, through Monday, September 28, 2015. In conjunction with the Court's previous orders, the stay would result in a deadline for responsive pleadings from the Federal Defendants of October 19, 2015, should litigation proceed.

For these reasons, TCWN, the Federal Defendants, and BAE Systems jointly request, for good cause, that the Court enter an order granting the requested stay. A proposed Agreed Order accompanies this motion.

Respectfully submitted, on Friday, May 29, 2015,

        JOHN C. CRUDEN
        Assistant Attorney General

        s/ Samara M. Spence
        SAMARA M. SPENCE (BPR No. 031484)
        Attorney for Federal Defendants
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        P.O. Box 7611
        Washington, DC 20044-7611
        (202) 514-2285
        Samara.spence@usdoj.gov


        s/ Stephanie Durman
        GARY A. DAVIS (BPR No. 009766)
        JAMES S. WHITLOCK (N.C. Bar No. 34304)
        Attorneys for TCWN
        Davis & Whitlock, P.C.
        21 Battery Park Ave.
        Ashville, NC 28801
        (828) 622-0044
        (828) 398-0435
        gadavis@enviroattorney.com
        jwhitlock@enviroattorney.com

        STEPHANIE DURMAN (BPR No. 027783)
        Tennessee Clean Water Network
        P.O. Box 1521
        Knoxville, TN 37901
        (865) 522-7007 x102
        stephanie@tcwn.org

        s/ Michael K. Stagg
        MICHAEL K. STAGG (BPR No. 017159)
        LAURAN M. STURM (BPR No. 030828)
        Attorneys for BAE Systems
        Waller Landsden Dortch & Davis, LLP
        511 Union St., Ste. 2700
        Nashville, TN 37219
        (615) 244-6380
        Michael.stagg@wallerlaw.com
        Lauran.sturm@wallerlaw.com

## Certificate of Service

I hereby certify that on May 29, 2015, a true and correct copy of the above Joint Motion to Stay Proceedings and its attachment in the case of *Tennessee Clean Water Network v. U.S. Department of Defense, et al.*, No. 2:14-cv-336, was filed via the Court's electronic filing system, which will send notice of filing to counsel of record, as noted below:

Gary A. Davis
James S. Whitlock
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

Stephanie Durman
Tennessee Clean Water Network
P.O. Box 1521
Knoxville, TN 37901
stephanie@tcwn.org

Michael K. Stagg
Lauran M. Sturm
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Email: michael.stagg@wallerlaw.com
Email: lauran.sturm@wallerlaw.com

                                                JOHN C. CRUDEN
                                                Assistant Attorney General

Dated Friday, May 29, 2015        BY:    s/ Samara M. Spence_____
                                                      SAMARA M. SPENCE (BPR No. 031484)
                                                        Attorney for Federal Defendants
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Environment & Natural Resources Division
                                                        P.O. Box 7611
                                                        Washington, DC 20044-7611
                                                        (202) 514-2285
                                                        Samara.spence@usdoj.gov